197 So. 901

**Ida Sanders PEEPLES v. Rose HUEY, Register.**

**6 Div. 630.**

Supreme Court of Alabama.

Jan. 22, 1940.

J. A. Estes, of Bessemer, for petitioner.

Huey & Welch, of Bessemer, for respondent.

PER CURIAM.

Rule nisi denied on authority of Pritchett v. Wilson, 239 Ala. 146, 194 So. 176.

GARDNER, THOMAS, BOULDIN, FOSTER, and KNIGHT, JJ., concur.